UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
VINCENT MASINO, *et al.*,

                Plaintiff,

-against-

AGGREGATES PLUS LTD.,

                Defendant.
---------------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 11-CV-00449 (FB) (RER)

*Appearances:*
*For the Plaintiff:*
CHARLES R. VIRGINIA, ESQ.
Virginia & Ambinder, LLP
111 Broadway, 24th Floor - Suite 1403
New York, New York 10006

**BLOCK, Senior District Judge:**

        On August 2, 2011, Magistrate Judge Reyes issued a Report and Recommendation ("R&R") recommending that the Court award default judgment against defendant in the total amount of $27,522.80, consisting of $19,156.30 in delinquent contributions, $2,808.75 in accrued interest, $2,808.75 in liquidated damages, and $2,749 in attorneys' fees and costs. *See* R&R at 12. The R&R also stated that defendants' failure to object within fourteen days of receiving the R&R would preclude appellate review. *See id.* Plaintiff's attorney mailed a copy of the R&R to defendant on August 4, 2011; no objections have been filed.

        If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice

of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**  s/ Judge Frederic Block

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
August 30, 2011

2